**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6436**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

ERROL RAHNELL TAHEIM BASTON,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  Terrence W. Boyle, District Judge.  (4:21-cr-00037-BO-1)

_____

Submitted:  July 29, 2025                              Decided:  August 1, 2025

_____

Before KING, WYNN, and BERNER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Errol Rahnell Taheim Baston, Appellant Pro Se.  David A. Bragdon, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In 2021, Errol Rahnell Taheim Baston pled guilty to possession of a firearm by a felon, in violation of 18 U.S.C. § 922(g)(1). The district court sentenced Baston to a total of 180 months' imprisonment. Baston appealed the judgment, and we affirmed. *United States v. Baston*, No. 21-4690, 2022 WL 4594062 (4th Cir. Sept. 30, 2022).

On May 15, 2025, Baston filed another notice of appeal of the district court's final judgment. However, in criminal cases, the defendant must file his notice of appeal within 14 days after the entry of judgment. Fed. R. App. P. 4(b)(1)(A). Because Baston's notice of appeal was filed more than three years after entry of the judgment, it is untimely. Accordingly, we dismiss the appeal. *See United States v. Oliver*, 878 F.3d 120, 127-129 (4th Cir. 2017) (discussing situations in which this court will sua sponte dismiss untimely criminal appeals). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*